In the Matter of ELIZABETH J., an Infant. ONEIDA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; JOCELYN J., Appellant. [930 NYS2d 507]—

Memorandum: Respondent mother appeals from an order revoking a suspended judgment and terminating her parental rights with respect to her daughter. Contrary to the mother's contention, petitioner established by a preponderance of the evidence that she violated the terms of the suspended judgment (*see Matter of Janasia H. [Ebony H.]*, 71 AD3d 1524 [2010], *lv denied* 15 NY3d 701 [2010]). In addition, Family Court properly concluded that termination of the mother's parental rights was in the child's best interests inasmuch as the foster family had expressed a desire to adopt the child, the mother was incarcerated and the suspended judgment expired more than two years prior to her earliest release date (*see Matter of Saboor C.*, 303 AD2d 1022 [2003]). The court also properly determined that the mother failed to establish that it was in the child's best interests to have post-termination visitation with her (*see Matter of Sean H. [Kiesha H.]*, 74 AD3d 1837 [2010], *lv denied* 15 NY3d 708 [2010]). Present—Fahey, J.P., Peradotto, Lindley, Sconiers and Green, JJ.

In the Matter of PARKER E.R., an Infant. LIVINGSTON COUNTY DEPARTMENT OF SOCIAL SERVICES, Appellant; ERIN N.S.,

Respondent, et al., Respondent. MARY KAY YANIK, ESQ., Attorney for the Child, Appellant. [930 NYS2d 171]—[redacted]

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Fahey, J.P., Peradotto, Lindley, Sconiers and Green, JJ.